**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| Allen Conrad, <br><br>            Plaintiff, <br>     v. <br><br> Midland Funding LLC; and DOES 1-10, inclusive, <br><br>            Defendant. | Civil Action No.: 8:11-cv-03618-AW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: March 28, 2012

    Respectfully submitted,
    By /s/ Forrest E. Mays
    Forrest E. Mays (Bar No. 07510)
    1783 Forest Drive, Suite 109
    Annapolis, MD  21401
    Telephone: (410) 267-6297
    Facsimile: (410) 267-6234
    Email: mayslaw@mac.com

    Of Counsel To
    LEMBERG & ASSOCIATES L.L.C.
    A Connecticut Law Firm
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250

Facsimile:  (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Forrest E. Mays_____

      Forrest E. Mays